Scott E. Ortiz, WSB No. 5-2550
Erica R. Day, WSB No. 7-5261
Williams, Porter, Day & Neville, P.C.
159 North Wolcott, Ste. 400
P.O. Box 10700
Casper, WY 82601
Tel: (307) 265-0700
Fax: (307) 266-2306
Email:   sortiz@wpdn.net
         eday@wpdn.net

*Attorneys for CHS TX, Inc. d/b/a YesCare
and Susanne Levene, M.D.*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| DELBERT R. McDOWELL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 24-CV-35-S |
| | ) | |
| CHS TX, INC. d/b/a YESCARE, CORP., and | ) | |
| SUSANNE LEVENE, M.D., | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE FOR CHS TX, INC. D/B/A YESCARE

Defendant CHS TX, Inc., d/b/a YesCare, in compliance with FED. R. CIV. P. 7.1, hereby states as follows: CHS TX, Inc., is wholly owned by YesCare Corp., which is wholly owned by YesCare Holdings, LLC.

DATED this 11th day of April, 2024.

    /s/ Erica R. Day_
Scott E. Ortiz, WSB No. 5-2550
Erica R. Day, WSB No. 7-5261
WILLIAMS, PORTER, DAY & NEVILLE, P.C.
159 North Wolcott, Ste. 400
P.O. Box 10700
Casper, WY 82601

Tel: (307) 265-0700
Fax: (307) 266-2306
Email: sortiz@wpdn.net
eday@wpdn.net

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing document was served upon the following by U.S. mail, postage prepaid this 11th day of April, 2024, addressed to:

Delbert McDowell #28225
LEGAL MAIL
Wyoming Medium Correctional Institution
7076 Road 55F
Torrington, WY 82240

 /s/ Erica R. Day
Erica R. Day